## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

WALTER B. FIELDS, JR., ADC #115963                                                                          PLAINTIFF

v.                                              No. 4:16CV00590 JLH/JTR

BAILEY BARDEN,
Faulkner County Detention Center, et al.                                                                DEFENDANTS

### ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After completing a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Fields may proceed with his First Amendment mailing rights claim against Barden, in her individual capacity only.

2. The Clerk is directed to prepare a summons for Barden. The U.S. Marshal is directed to serve the summons, complaint, amended complaint, and this Order on her without prepayment of fees and costs or security therefore. If Barden is no longer a Faulkner County employee, the individual responding to service must file a **sealed** statement providing Barden's last known mailing address.

3. All other claims and defendants are dismissed without prejudice.

DATED this 6th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE