UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WALTER B. FIELDS, JR., ADC #115963                                                    PLAINTIFF

V.                          No. 4:16CV00590 JLH/JTR

BAILEY BARDEN, Deputy,
Faulkner County Detention Center                                                       DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this case is dismissed without prejudice.

This action is terminated.

IT IS SO ORDERED 28th day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE